997 A.2d 338

**In re ESTATE OF Amelia J. PIET, Deceased.**

**Petition of Ann L. Ball and Edward J. Piet.**

Supreme Court of Pennsylvania.

July 21, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 21st day of July, 2010, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's order is **VACATED,** and the matter is **REMANDED** to the Superior Court for consideration of all issues properly preserved in light of this Court's decision in *In re Estate of Novosielski,* 992 A.2d 89 (Pa.2010).